IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JANICE GILLIAM                                                              PLAINTIFF

VS.                                         CAUSE NO.: 1:18cv00034-SA-DAS

JEREMY GIBSON, and CHROME
DEPOSIT CORPORATION and LARRY FOWLER                                        DEFENDANTS

## ORDER OF DISMISSAL WITHOUT PREJUDICE
## AS TO CHROME DEPOSIT CORPORATION ONLY

This matter is before the Court on the motion *ore tenus* of the parties who hereby agree to the entry of this order dismissing Chrome Deposit Corporation from this cause without prejudice. The Court is fully advised in the premises and finds that the motion is well-taken and it is hereby

ORDERED AND ADJUDGED that Chrome Deposit Corporation is dismissed from this cause without prejudice with each party to bear its own costs. The cause will remain open as to the remaining defendants.

SO ORDERED AND ADJUDGED, this the 23rd day of April, 2018.

/s/ Sharion Aycock
DISTRICT COURT JUDGE

AGREED TO AND APPROVED:

_____
KENNETH M. ALTMAN, MB #9936
*Attorney for Plaintiff*

_____
C. MAISON HEIDELBERG, MB #9559
*Attorney for Chrome Deposit Corporation*