IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JANICE GILLIAM                                                    PLAINTIFF

V.                                              CAUSE NO.: 1:18-CV-34-SA-DAS

JEREMY GIBSON and
LARRY FOWLER                                                    DEFENDANTS

AGREED ORDER OF DISMISSAL

The Court, being advised of an agreement between the parties, hereby dismisses the

plaintiff's Complaint in this matter with prejudice.

SO ORDERED this the 19th day of February, 2019.


/s/ Sharion Aycock_____
UNITED STATES DISTRICT JUDGE



AGREED:

/s/ Charles E. Winfield_____          /s/ C. Maison Heidelberg_____
Charles E. Winfield                        C. Maison Heidelberg
Miss. Bar No. 10588                        Miss. bar No. 9559
The Winfield Law Firm, P.A.                Watson Heidelberg PLLC
P.O. Box 80281                             P.O. Box 23546
Starkville, MS  39759                      Jackson, MS  39232
Tel: (662) 323-3984                        Tel: (601) 939-8900
*Attorney for Defendant Larry Fowler*      *Attorney for Defendant Jeremy*
*Gibson*



/s/ Kenneth M. Altman_____
Kenneth M. Altman
Miss. Bar No. 9936
Morris Bart, LTD
1712 16th Street, Suite 300
Gulfport, MS  39501
Tel: (228) 276-0308
*Attorney for Plaintiff Janice Gilliam*